UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1001 PAM/SRN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMES M. LASSEK,<br>Defendant,<br>WELLS FARGO BANK,<br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about May 7, 2007.

Defendant has now paid the judgment by compromise. Accordingly,

IT IS HEREBY ORDERED that the Writ of Garnishment served on or about May 7, 2007, is released.

Dated: June 15, 2007

s/ Susan Richard Nelson
Magistrate Judge
United States District Court